**Todd M. Friedman (SBN 216752)**
**tfriedman@attorneysforconsumers.com**
**Nicholas J. Bontrager (SBN 252114)**
**nbontrager@attorneysforconsumers.com**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877-206-4741**
**Fax: 866-633-0228**

**Abbas Kazerounian, Esq. (SBN 249203)**
**ak@kazlg.com**
**Matthew Loker, Esq. (SBN 279939)**
**ml@kazlg.com**
**KAZEROUNI LAW GROUP, APC**
**2700 N. Main Street, Ste. 1000**
**Santa Ana, California 92705**
**Telephone: (800)400-6808**
**Facsimile: (800)520-5523**

**Joshua B. Swigart, Esq. (SBN: 225557)**
**josh@westcoastlitigation.com**
**HYDE & SWIGART**
**411 Camino Del Rio South, Suite 301**
**San Diego, CA 92108-3551**
**Telephone: (619) 233-7770**
**Facsimile: (619) 297-1022**

*Attorneys for Plaintiff and all others similarly situated*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARRIE COUSER, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>     vs.<br><br>**WORLDWIDE COMMERCE ASSOCIATES, LLC,**<br><br>Defendant. | Case No.  3:13-cv-00118-H-BGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 12th day of April, 2013.

By:     s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Filed electronically on this 12th day of April, 2013, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 12th day of April, 2013, via the ECF system to:

Honorable Marilyn L. Huff
Judge of the United States District Court
Southern District of California

By: s/Todd M. Friedman
     Todd M. Friedman